# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 30, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

133287

PEOPLE OF THE STATE OF MICHIGAN,
       Plaintiff-Appellee,

v

BASHARA MERRIWEATHER,
       Defendant-Appellant.

SC: 133287
COA: 274697
Wayne CC: 89-005816-01

_____/

On order of the Court, the application for leave to appeal the January 11, 2007 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. We note that relief is not prohibited by MCR 6.502(G) because this appeal does not involve the denial of a motion for relief from judgment. Rather, this appeal involves only the defendant's motion for DNA testing under MCL 770.16. The defendant fails to establish an entitlement to DNA testing because he neglects to address the four conditions set forth in MCL 770.16(3).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 30, 2007

_____
Clerk

d0723